# SECOND DEPARTMENT.

GENERAL TERM, SEPTEMBER, 1874.

---

## Clark v. Shuman, appellant.

Appeal from a judgment in favor of plaintiffs, entered upon the verdict of a jury and from an order denying a new trial. The action was brought in Orange county, by Henry H. Clark and

another against Benjamin Shuman and others, to recover for goods sold the firm of M. Newman & Co.

*Hilton, Campbell & Bell,* for appellants.

*Groo & Wiggins,* for respondents.

TAPPEN, J.

The only question litigated was as to whether Shuman was a partner in the firm, which the jury found in favor of plaintiffs, and the general term refused to interfere with their finding. The opinion also held that certain evidence objected to did not influence the verdict, and that the judgment and order should be affirmed.

*Judgment and order affirmed.*